Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| **Service Employees International Union Local 73,**<br>**Plaintiff,**<br><br>vs.<br><br>**Board of Trustees of the University of Illinois,**<br>**Defendant.** | )<br>)<br>)<br>)<br>)   Case Number: 22-cv-2099<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Service Employees International Union Local 73 action against Defendant Board of Trustees of the University of Illinois is dismissed.

**Dated: September 30, 2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court